FILED

AUG 2 2 2008

Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID MORALES,<br>5001 Strathmore Ave.<br>Kensington, MD, 20952<br><br>Plaintiff,<br><br>v.<br><br>LANDIS CONSTRUCTION CORPORATION;<br>ETHAN LANDIS, in his individual capacity;<br>And, CHRISTOPHER LANDIS, in his individual capacity<br><br>7059 Blair Rd., NW Ste, 300<br>Washington, DC 20012<br><br>Defendants. | Case: 1:08-cv-01463<br>Assigned To : Friedman, Paul L.<br>Assign. Date : 8/22/2008<br>Description: Labor-ERISA |

JURY ACTION

**COMPLAINT**

Plaintiff, David Morales, by his attorney, Denise M. Clark, alleges as follows:

**NATURE OF ACTION**

This is a challenge to Defendants', Landis Construction Corporation, Ethan Landis and Christopher Landis (collectively "Landis"), unlawful practice of failing to pay time-and-a-half for overtime work. Plaintiff, David Morales ("Morales") would work for Defendants over forty hours in a given work week, but would only be his regular hourly rate for the hours of work exceeding forty (40), not the appropriate rate for overtime. In sum, Landis did not pay Morales the lawfully required overtime rates when he worked over forty (40) hours during his years of overtime work.

1. Pursuant to the Fair Labor Standards Act, 29 U.S.C.§§ 201 *et. seq.* ("FLSA"), Morales alleges that he is (1) entitled to unpaid overtime wages from Landis Construction for his work beyond forty hours per week; and (2) entitled to liquidated damages equal to his unpaid overtime wages under the FLSA.

2. Pursuant to the District of Columbia Minimum Wage Revision Act, D.C. Code § 32-1001, Plaintiff alleges that (1) he is entitled to unpaid overtime wages from Defendant for his work beyond forty hours per week at time and a half his regular hourly rate; and (2) he is entitled to liquidated damages equal to the amount of unpaid hourly wages.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over Plaintiff's FLSA claims pursuant to 28 U.S.C. §1331 and §1337 and supplemental jurisdiction over Plaintiff's D.C. Wage and Hour Law claims pursuant to 28 U.S.C. 1367. Additionally, this Court has jurisdiction over Plaintiff's FLSA claims pursuant to 29 U.S.C. 216(b).

4. Venue is proper in the U.S. District Court in the District of Columbia pursuant to 28 U.S.C. 1391(a).

## THE PARTIES

5. Plaintiff, Morales, is an adult citizen of the United States residing in Kensington, Maryland.

6. Defendant, Landis Construction is a corporation doing business within the District of Columbia.

7. Defendant operates the Landis Construction Corporation offices located at 7059 Blair Rd., NW Suite 300 in Washington, D.C.

**STATUTORY COVERAGE**

8. From approximately March 2005 to November 2007, Morales was employed by Defendant within the meaning of D.C. Code § 32-1301(2).

9. During his period of employment Morales was employed by Defendant within the meaning of 29 U.S.C. § 203 of the FLSA.

10. Morales, in his performance of duties for the Defendant, was engaged in commerce within the meaning of the FLSA.

**PLAINTIFF'S WORK HOURS AND SCHEDULE**

11. Throughout Morales employment period with Landis, Defendant scheduled Plaintiff to work anywhere between 6 and 16 hours per shift/day and for between five to six days.

12. Plaintiff's work shifts for Defendant sometimes totaled more than forty hours per week.

**PLAINTIFF'S HOURLY WAGES**

13. Throughout the period Morales was employed by Defendant, Landis paid Morales on an hourly basis, not a weekly salary basis.

14. Throughout the period Morales was employed by Defendant, Plaintiff's weekly wages from Landis varied depending on the number of hours Morales was assigned to work.

15. At all relevant times, Plaintiff's hourly rate was $19/hr.

16. For the entire duration of Plaintiff's employment with Landis, Landis did not pay Plaintiff for time-and-a-half work.

**FIRST CLAIM FOR RELIEF FAIR LABOR STANDARDS ACT**

17. Morales alleges and incorporates by reference all of the above allegations.

18. Under the FSLA, Morales was entitled to overtime compensation from Landis of one and one-half times per regular rate of hourly pay for hours he worked beyond the forty hour work week.

19. By the above course of conduct the Defendant has violated the FLSA.

20. Defendant has violated the FLSA willfully.

21. Upon information and belief, Defendant's practice of conferring with employees at the start of their employment to "bargain" away their time-and-a-half pay is not based on Defendant's review of any policy or publication of the U.S. Department of Labor or the D.C. Department of Labor.

22. Due to Landis' FLSA violation, Plaintiff is entitled to recover from Landis his unpaid overtime compensation, liquidated damages, reasonable attorney's fees, and the costs of this action, pursuant to 29 U.S.C. 216(b).

**SECOND CLAIM FOR RELIEF D.C. WAGE AND HOUR LAW**

23. Morales alleges and incorporates by reference all of the above allegations.

24. Under the District of Columbia Minimum Wage Revision Act, Morales was entitled to overtime pay at a rate of time-and-a-half of an employer's regular rate of pay for the hours worked in excess of forty per week. See D.C. Code § 32-1003(c).

25. Upon information and belief, Defendant's practice of conferring with employees at the start of their employment to "bargain" away their time-and-a-half pay is not a defense to civil liability. See D.C. Code § 32-1012(d).

26. By the above course of conduct, Defendants have violated the District of Columbia Minimum Wage Revision Act.

27. Defendants have violated D.C. Minimum Wage Revision Act willfully.

28. Due to Landis' D.C. Wage and Hour Law violation, Morales is entitled to recover his unpaid wages, liquidated damages, reasonable attorney's fees, and the costs of this action, pursuant to D.C. Wage and Hour Law § 32-1012(a).

## PRAYER FOR RELIEF

Plaintiff respectfully requests that this Court grant the following relief:

29. Award Morales the following unpaid wages

    a. His unpaid overtime compensation due under D.C. Wage and Hour Law
    b. His unpaid overtime compensation under the FLSA

30. Award Morales the following liquidated damages:

    a. Liquidated damages equal to his unpaid wages under D.C. Wage and Hour law.
    b. Liquidated damages equal to his unpaid overtime compensation under the FLSA.

31. Award Morales prejudgment interest;

32. Award Morales reasonable attorneys' fees as well as the costs of this action;

33. Award such other relief as this Court deems necessary and proper.

## DEMAND FOR TRIAL BY JURY

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury on all questions of fact raised by the Complaint.

Dated: August 13, 2008

Respectfully submitted,

Denise M. Clark (420480)
The Law Office of Denise M. Clark
1250 Connecticut Ave, NW, Ste 200
Washington, D.C. 20036
(202) 293-0015
www.benefitcounsel.com

08-1463 PLF

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

**I (a) PLAINTIFFS**

David Morales
5001 Strathmore Ave.
Kensington, MD 20953

88886

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Montgomery
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Denise M. Clark, Esq.
The Law Office of Denise M. Clark, PLLC
1250 Connecticut Ave, N.W., Ste. 200
Washington, DC 20036
202-293-0015

**DEFENDANTS**

Landis Construction Company; Ethan Landis,individually and in his official capacity as an officer; Christopher Landis, individually and in his official capacity as an officer
7059 Blair Road, NW, Washington, DC

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY) Washington, DC

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

ATTORNEYS (IF KNOWN)

Case: 1:08-cv-01463
Assigned To : Friedman, Paul L.
Assign. Date : 8/22/2008
Description: Labor-ERISA

JURY ACTION

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ◉ 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

**○ A. *Antitrust***

- ☐ 410 Antitrust

**○ B. *Personal Injury/ Malpractice***

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**○ C. *Administrative Agency Review***

- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. *Temporary Restraining Order/Preliminary Injunction***

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**○ E. *General Civil (Other)*** OR **○ F. *Pro Se General Civil***

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Other Statutes
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

4

**O G. *Habeas Corpus/ 2255***

☐ 530 Habeas Corpus-General
☐ 510 Motion/Vacate Sentence

**O H. *Employment Discrimination***

☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)

*(If pro se, select this deck)*

**O I. *FOIA/PRIVACY ACT***

☐ 895 Freedom of Information Act
☐ 890 Other Statutory Actions (if Privacy Act)

*(If pro se, select this deck)*

**O J. *Student Loan***

☐ 152 Recovery of Defaulted Student Loans (excluding veterans)

**⦿ K. *Labor/ERISA (non-employment)***

☒ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Labor Railway Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**O L. *Other Civil Rights (non-employment)***

☐ 441 Voting (if not Voting Rights Act)
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights
☐ 445 American w/Disabilities-Employment
☐ 446 Americans w/Disabilities-Other

**O M. *Contract***

☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholder's Suits
☐ 190 Other Contracts
☐ 195 Contract Product Liability
☐ 196 Franchise

**O N. *Three-Judge Court***

☐ 441 Civil Rights-Voting (if Voting Rights Act)

**V. ORIGIN**

⦿ 1 Original Proceeding
O 2 Removed from State Court
O 3 Remanded from Appellate Court
O 4 Reinstated or Reopened
O 5 Transferred from another district (specify)
O 6 Multi district Litigation
O 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

29 USC s 201 et.seq. This is an action for overtime wages in violation of the Fair Labor Standards Act

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $** ________ Check YES only if demanded in complaint

**JURY DEMAND:** YES ☒ NO ☐

**VIII. RELATED CASE(S) IF ANY** (See instruction) YES ☒ NO ☐ If yes, please complete related case form.

**DATE** 8/22/2005 **SIGNATURE OF ATTORNEY OF RECORD** [signature]

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.